# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE DRAKE, CARLY WHITE DAVIS, DAWN ELMORE and ROGER STAGGS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OPTION ONE MORTGAGE CORPORATION, a California corporation, SAND CANYON CORPORATION, a California corporation, H&R BLOCK, INC., a Missouri corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV09-1450 CJC (RNBx)<br><br>Honorable Cormac J. Carney<br><br>**[~~PROPOSED~~] JUDGMENT** |

This action came on for hearing before the Court on August 29, 2011 on the motion for summary judgment by Defendants Option One Mortgage Corporation and Sand Canyon Corporation (collectively "Option One"), the motion for summary judgment by Defendant H&R Block, Inc. ("Block"), and the motion for partial summary judgment by Plaintiffs Jeanne Drake, Carly White Davis, Dawn

Elmore and Roger Staggs ("Plaintiffs"). The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered by the Court on September 2, 2011 granting the motions for summary judgment by Option One and Block and denying the motion for partial summary judgment by Plaintiffs,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed on the merits, that Option One, pursuant to agreement with Plaintiffs, recover costs in the amount of $12,729.92, and that Block recover its allowable costs upon timely application.

Dated: October 3, 2011

_____
Hon. Cormac J. Carney
United States District Judge